```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

J.C. OTIS COLLINS                                           PLAINTIFF

v.                         Civil No.10-4039

JUDGE GRIFFIN                                               DEFENDANTS

### O R D E R

Now on this 8th day of June, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #8), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge, that Plaintiff's Complaint (document #1) is **DISMISSED** for failure to state a claim under Section 1983.  Further, the Clerk is ordered to consider this case a "strike" pursuant 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

```
                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```